972 So.2d 904 (2007)
Stuart R. KALB, etc., et al., Appellants,
v.
FERNWOODS CONDOMINIUM ASSOCIATION # 2, Inc., Appellee.
No. 3007-625.
District Court of Appeal of Florida, Third District.
November 21, 2007.
Rehearing Denied February 7, 2008.
Martin A. Feigenbaum, Miami, for appellant.
Manzini & Associates, and Nicolas A. Manzini, for appellee.
Before GERSTEN, C.J., and COPE and SUAREZ, JJ.
PER CURIAM.
Affirmed. See Sanchez v. Brumm, 706 So.2d 886 (Fla. 3d DCA 1998); Crocker Invs., Inc. v. Statesman Life Ins. Co., 515 So.2d 1305 (Fla. 3d DCA 1987).